464 A.2d 541

Commonwealth v. Hassinger, Appellant.

Submitted March 8, 1983.   John B. Schaner, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WICKERSHAM and MONTEMURO, JJ.

Judgments of sentence affirmed.